BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

### DATE: NOVEMBER 25, 2013 @10:00AM TO 11:00AM

### CRIMINAL CAUSE FOR PLEADING
### SEALED

DOCKET # CR 13-602 (RJD)

CASE: **USA -V-    JOHN DOE  (ON BOND)**
  **COUNSEL:  Eric Corngold, Mary Mulligan, Elizabeth Losey,**
  **Stuart Friedman (RETAINED)**

 AUSA:   EVAN NORRIS, AMANDA HECTOR, DARREN LAVERNE

COURTREPORTER:   RON TOLKIN


X    CASE CALLED FOR GUILTY PLEA.

X    DEFT SWORN.

X    WAIVER OF INDICTMENT EXECUTED & APPROVED.

X     DEFENDANT ENTERS A PLEA OF GUILTY TO COUNTS 1, 2, 3, 4, 5, 6, 7, 8, 9 AND 10 OF THE TEN COUNT INFORMATION .

X    COURT FINDS THAT THE PLEAS WERE MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEAS & ACCEPTS THE PLEAS OF GUILTY.

X    ORDER OF FORFEITURE EXECUTED.

X    SENTENCE DATE/CONTROL DATE:  11/7/2014 @10:00AM.

X    DEFENDANT RELEASED ON UNSECURED $10,000,000BOND.

X     TRANSCRIPT SEALED UNTIL FURTHER ORDER OF THE COURT.