UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

        Plaintiff,

        - against –

CHARLES BLAZER,

        Defendant.

------------------------------------------------------------------ x

Case No. 13-CR-602 (RJD)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that I, Mary E. Mulligan, hereby appear as counsel for defendant Charles Blazer in the above-entitled action and request service of all papers. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         May 27, 2015

Respectfully submitted,

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP


 /s/ Mary E. Mulligan
Mary E. Mulligan
7 Times Square
New York, New York 10036-6516
(212) 833-1100
ecorngold@fklaw.com

*Attorneys for Defendant Charles Blazer*

3075379.1