UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,          :
                                    :
       Plaintiff,          :
                                    :    Case No. 13-CR-602 (RJD)
       - against –        :
                                    :
                                    :    **NOTICE OF APPEARANCE**
CHARLES BLAZER,                     :
                                    :
       Defendant.         :
                                    :
------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that I, Eric Corngold, hereby appear as counsel for defendant Charles Blazer in the above-entitled action and request service of all papers.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York      Respectfully submitted,
            May 27, 2015

                                          FRIEDMAN KAPLAN SEILER &
                                            ADELMAN LLP

                                          /s/ Eric Corngold
                                         Eric Corngold
                                         7 Times Square
                                         New York, New York 10036-6516
                                         (212) 833-1100
                                         ecorngold@fklaw.com

                                         *Attorneys for Defendant Charles Blazer*

3075373.1