May 27, 2015

The Honorable Raymond Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11217

Dear Judge Dearie:

We are reporters covering Brooklyn federal court. We are writing to request that you unseal the transcript of the initial appearance, plea agreemen t hearing and guilty plea entered in the case of United States v. Charles Blazer, 13cr602, on Nov. 25, 2013, according to the docket on Pacer.

The charging documents, guilty plea and docket in this case have been unsealed and described in a press conference held by the U.S. Attorney General Loretta Lynch to describe charges involving various FIFA soccer officials. Although the docket and the criminal information has been unsealed, an unsealing order would allay the concern of the court reporter who transcribed whether the transcript itself has been unsealed.

Thank you for your help.

John Riley
Newsday

John Marzulli
New York Daily News

Selim Algar
New York Post

Christie Smythe
Bloomberg News