UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,

               - against -

CHARLES BLAZER,

                          Defendant.
------------------------------------------------------- x

**ORDER**

13 CR 602 (RJD)

DEARIE, District Judge

By letter motion dated May 28, 2015, reporters for various news organizations seek to unseal the transcript of defendant's guilty plea entered on November 23, 2013. See ECF No. 14. The Government has filed a sealed opposition to this request, proposing instead to unseal a redacted transcript of the November 23, 2013, proceeding.

While judicial proceedings and records are presumptively open to the public, the right of access is "qualified" in certain circumstances. A court may close an otherwise public proceeding, or seal a particular document, based on a finding that closure or sealing "is essential to preserve higher values and is narrowly tailored to serve that interest." United States v. Alcantara, 396 F.3d 189, 199 (2d Cir. 2005). At this time, the Government's proposed solution of unsealing a redacted transcript of defendant's guilty plea is appropriate and narrowly tailored. The redactions of the transcript are limited—appearing on only 4 of 40 pages—and the Government has articulated a compelling interest for keeping the remaining portions of the transcript sealed at this time.

Accordingly, pending further review of those materials and statements already in the public realm, the Court will approve the partial unsealing of the redacted transcript. The Government is ordered to electronically file a redacted copy of the transcript of the November 23, 2013, proceeding by or before June 3, 2015. In the event that the circumstances necessitating

this limited sealing of the transcript change, the Government is directed to make an unsealing application to the Court.

SO ORDERED.

Dated: Brooklyn, New York
      May 29, 2015

/s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge