**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN                                    *271 Cadman Plaza East*
F.#2014R01206                          *Brooklyn, New York 11201*

November 5, 2015

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Charles Blazer
              Criminal Docket No. 13-602 (RJD)

Dear Judge Dearie:

        The government respectfully requests that the sentencing control date for defendant Charles Blazer, currently set for November 6, 2015, be adjourned for one year.  An adjournment is appropriate as, among other things, the defendant may be called to testify at future proceedings that have yet to be scheduled.  Defense counsel has been consulted and joins in this request.

               Respectfully submitted,

               ROBERT L. CAPERS
               United States Attorney
               Eastern District of New York

     By:         /s/
               Evan M. Norris
               Amanda Hector
               Assistant U.S. Attorneys
               718-254-7000

cc:     Defense counsel (by ECF)
        Clerk of Court (RJD) (by ECF)