

MARY E. MULLIGAN
mmulligan@fklaw.com
212.833.1123

April 20, 2017

VIA ECF

The Honorable Pamela K. Chen
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    USA v. Blazer, No. 1:13-cr-00602-PKC

Dear Judge Chen:

      I represent Charles Blazer and I respectfully write Your Honor to request an adjournment of his sentencing in the above-captioned matter. Mr. Blazer pleaded guilty in the above-captioned matter on or around November 25, 2013, and is currently scheduled for sentencing before Your Honor on April 24, 2017.

      We respectfully write to seek an adjournment of sentencing for six months, to a date to be selected by the Court. We have contacted the Government regarding this application, and they consent.

      Respectfully,

      Mary E. Mulligan

cc: AUSA Paul Tuchmann (via email)